772 A.2d 917

IN THE MATTER OF SALVATORE DE LELLO, JR., AN ATTORNEY AT LAW.

June 6, 2001.

### ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00–023 concluding that **SALVATORE DE LELLO, JR.**, of **PISCATAWAY**, who was admitted to the bar of this State in 1983, and who thereafter was temporarily suspended from the practice of law pursuant to *Rule* 1:20–13(b) by Order of this Court filed on September 1, 1999, and who remains suspended at this time, should be suspended from the practice of law for a period of three years retroactive to the date of respondent's temporary suspension for violating *RPC* 8.4(b) (commission of a

criminal act that reflects adversely on his honesty, trustworthiness or fitness as a lawyer) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **SALVATORE DE LELLO, JR.,** is suspended from the practice of law for a period of three years and until the further Order of the Court, retroactive to August 31, 1999; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent continue to be restrained and enjoined from practicing law during the period of his suspension and that respondent continue to comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.